

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable S. M. Pliler
County Auditor
Taylor County
Abilene, Texas

Dear Sir:

Opinion No. O-7015

Re: What is the maximum salary
that Taylor County may pay
their County Juvenile Offi-
cer? And a related question.

Your request for our opinion on the above questions
reads as follows:

"Taylor County has a population of 44,147
and the City of Abilene has a population of
26,612. Taylor County has an assessed valua-
tion of Twenty-One Million dollars. Taylor
County does not have a city containing 29,000
population.

"Please advise me what the maximum amount
of salary and expenses we can pay our County
Juvenile Officer under House Bill No. 382,
passed by the 45th Legislature."

Article 5142, Vernon's Annotated Civil Statutes, as
amended, reads in part as follows:

"In counties having a population of less
than eighty thousand (80,000), one juvenile
officer may be appointed by the Commissioners'
Court, when in their opinion, such officer is
needed, who shall receive a compensation not to
exceed One Hundred and Twenty-five Dollars ($125)

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

per month. Provided that in counties having a
population of not less than thirty-five thousand
(35,000) and not more than eighty thousand (80,000)
and containing a city of more than twenty-nine
thousand (29,000) population, one juvenile officer
may be appointed by the Commissioners' Court, when
in their opinion the services of such officer is
needed, whose salary shall not exceed Two Hundred
Dollars ($200) per month and expenses not to exceed
Two Hundred and Fifty Dollars ($250) per year, and
and in such counties the Commissioners' Court may
appoint an assistant to the said juvenile officer,
when in their opinion such assistant is necessary,
whose salary shall not exceed One Hundred and Fifty
Dollars ($150) per month. Provided further that,
in counties having a population of not less than
twenty thousand (20,000) and not more than eighty
thousand (80,000), as shown by the 1940 Federal
Census or any future Federal Census, and which
have an assessed valuation of taxable property of
not less than Fourteen Million Five Hundred Thousand
Dollars ($14,500,000) and not more than Sixteen
Million Dollars ($16,000,000), one juvenile officer
may be appointed by the Commissioners' Court, when
in their judgment such officer is needed, who shall
receive a salary not to exceed Two Hundred Dollars
($200) per month.

"* * *

"Salaries of paid juvenile officers and their
assistants shall be fixed by the Commissioners'
Court, not to exceed the sums herein mentioned, and
any bill for the expenses not exceeding the sums
herein provided for, shall be certified by the
county judge as being necessary in the performance
of the duties of a juvenile officer. The Commis-
sioners' Court of the county shall provide the
necessary funds for the payment of salaries and
expenses of the juvenile officers provided for in
this Act." * *"

Hon. S. M. Pliler,   page 3

The above quoted parts of said Article contain the only provisions dealing with the questions asked by you.  In our opinion Taylor County is thereby authorized to pay its juvenile officer not to exceed the sum of One Hundred and Twenty-five Dollars ($125) per month.

No provision is made therein for the payment of expenses to or for the benefit of juvenile officers in counties situated as Taylor County is; therefore, Taylor County cannot pay to or for the benefit of its juvenile officer any sum as expenses.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By  *Jas. W. Bassett*
Jas. W. Bassett
Assistant

JWB:LJ

APPROVED JAN 10, 1946

FIRST ASSISTANT
ATTORNEY GENERAL



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN